# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 96-3957
_____

United States of America,    *
     *
         Appellee,    *
     *      Appeal from the United States
v.    *      District Court for the
     *      District of South Dakota.
Scott D. Wullschleger,    *
     *       [UNPUBLISHED]
         Appellant.    *

_____

Submitted: May 23, 1997

Filed: June 20, 1997
_____

Before, HANSEN, MORRIS SHEPPARD ARNOLD, and MURPHY, Circuit Judges.
_____

PER CURIAM.

Scott D. Wullschleger seeks to challenge the sentence imposed by the district court[1] after he pleaded guilty to mail fraud. Wullschleger agreed in his plea agreement, however, to waive his right to appeal his sentence. See United States v. His Law, 85 F.3d 379, 379 (8th Cir. 1996) (per curiam) (specifically enforcing plea agreement

_____

[1]The Honorable Lawrence L. Piersol, United States District Judge for the District of South Dakota.

promise not to appeal sentence). We will not consider Wullschleger's argument that he should not be bound by this promise because the government breached the plea agreement, as he failed to raise the alleged breach at sentencing. Cf. United States v. Cohen, 60 F.3d 460, 462 (8th Cir. 1995).

We therefore specifically enforce Wullschleger's promise against him by dismissing his appeal.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.